Form CACB (o109h –VAN189)
(Rev. 03/2015)

# United States Bankruptcy Court
# Central District Of California

255 East Temple Street, Los Angeles, CA 90012

## ORDER TO SHOW CAUSE
## FOR FAILURE TO COMPLY WITH 11 U.S.C. Section 109(h)

**DEBTOR INFORMATION:**
Ryon C Patterson

**BANKRUPTCY NO.** 2:15–bk–22446–BB

**CHAPTER** 7

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any): xxx–xx–9941
Employer Tax–Identification (EIN) No(s).(if any): N/A

**Address:**
6717 S Halm Ave
Los Angeles, CA 90056

It is ordered and notice is hereby given that a hearing in this case will be held at

**Date:** 9/10/2015
**Time:** 10:00 A.M.
**Location:** 255 E. Temple Street, Courtroom 1475, 14th floor
Los Angeles, CA 90012

To consider and act upon the following:

Order to Show Cause why the above bankruptcy proceeding should not be dismissed for Debtor's failure to comply with the following requirement regarding credit counseling:

- ☐ Credit counseling course was taken more than 180 days prior to filing and is not in compliance with 11 U.S.C. § 109(h)(1)
- ☑ Credit counseling course was taken post–petition and is not in compliance with 11 U.S.C. § 109(h)(1)
- ☐ A certificate of pre–petition credit counseling or a motion seeking an exemption from the credit counseling requirement with supporting evidence under 11 U.S.C. § 109(h)(4) was not filed
- ☐ No explanation was provided on the request for exigent circumstances in Exhibit D

The above–named debtor(s) and the attorney of record are hereby ordered to appear for hearing. Responses, if any, to the Order to Show Cause shall be in writing and filed with the Court not later than 14 days prior to the hearing. Any objections not filed may be deemed waived.

Dated: August 13, 2015

For The Court,
**Kathleen J. Campbell**
Clerk of Court

(Form van189–o109h – Rev. 03/2015)

**17 / WAW**